UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Allen Wegener,           )
    Plaintiff,           )
                             )         No. 1:17-cv-356
-v-                      )
                             )         HONORABLE PAUL L. MALONEY
Grand Rapids Community College,  )
    Defendant.           )
                         )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 22), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 27, 2017            /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge